478 A.2d 75

Commonwealth v. Krew, Appellant.

Submitted April 16, 1984. Ronald A. Kovler, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, CERCONE and HESTER, JJ.

Judgment of sentence affirmed.